RECEIVED
SEP - 8 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 6:08-00205 |
| VERSUS | JUDGE DOHERTY |
| JACORY SIMON | MAGISTRATE JUDGE HILL |

## MEMORANDUM RULING AND ORDER

Currently pending before the Court is an "Objection and Appeal From Detention Order" filed by defendant, Jacory Jamar Simon. [Rec. Doc. 66]. Defendant argues:

> The ruling of the court on page 4 is factually erroneous when it states: "All of the defendants have past drug convictions and were all on probation from state convictions at some point during the existence of the conspiracy." Jacory Simon does not have any previous felony drug convictions, nor his criminal record reflect any felony convictions.

[Id. at p. 1]

The government in its response agrees with defense counsel, insofar as defendant does not have a felony conviction. Nevertheless, the government argues the Magistrate Judge's Ruling was correct.

As both parties agree the Magistrate Judge's Order of Detention contains a factually erroneous statement with regard to defendant Simon, this matter is hereby REMANDED to Magistrate Judge Methvin for reconsideration.[1]

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this _____ day of

---

[1] Although this matter is assigned to Magistrate Judge Hill, Magistrate Judge Methvin conducted the detention hearing in this matter. Thus, the Order of Detention is remanded to Magistrate Judge Methvin for reconsideration.

September, 2008.

                                                         _____
                                                         REBECCA F. DOHERTY
                                                         UNITED STATES DISTRICT JUDGE